# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-3886

———————————————

JASON EDWARD REED, Former
Husband,

    Appellant,

    v.

JADE ELIZABETH REED, Former
Wife,

    Appellee.

———————————————

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

December 27, 2018

PER CURIAM.

    AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Gary Baker, Callahan, for Appellant.

Leigh G. Mooney, Fernandina Beach, for Appellee.